UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALVIN EVANS, JR., )<br>)<br>Defendant. )<br>) | CRIMINAL NO.<br>1:10-CR-10062-NG |

## MOTION FOR A PRE-PLEA PRESENTENCE INVESTIGATION AND REPORT

The defendant, Alvin Evans, Jr. through his counsel, respectfully moves the Court to order the probation department to conduct a presentence investigation and complete a presentence report, pursuant to Rule 32 of the Federal Rules of Criminal Procedure and U.S.S.C. § 6A1.1, prior to the defendant tendering a guilty plea. As reason therefor, defense counsel states that completion of the presentence report prior to the plea colloquy will facilitate efficient resolution of this case.

Respectfully submitted,
Alvin Evans, Jr.

By his attorneys,

/s/ Brian E. Murphy
Howard M. Cooper (BBO # 543842)
Brian E. Murphy (BBO #666238)
Todd & Weld
28 State Street – 31st Floor
Boston, MA 02109
(617) 720-2626
hcooper@toddweld.com
bmurphy@toddweld.com

Date: January 10, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on January 10, 2011.

/s/ Brian E. Murphy
Brian E. Murphy